UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on October 30, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.: 26-MJ-00009 |
| | : | |
| LARRY LEACH, | : | VIOLATION: |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 22 D.C. Code § 904.01(d)(2) |
| | : | (Unlawful Possession of Liquid PCP) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 19, 2026, within the District of Columbia, **LARRY LEACH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Washington, D.C. Superior Court case numbers 2010-CF2-008291, 2008-CF2-004533, and 2000-FEL-003935, and in Spotsylvania County, Virginia Circuit court case numbers, CR06-355-01, CR06-409-01 and CR06-740-01, did unlawfully and knowingly possess a firearm, that is, a .357 caliber Dan Wesson Arms revolver, and did unlawfully possess ammunition, that is, .357 caliber cartridges, and did unlawfully and knowingly receive and possess such ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about January 19, 2026, within the District of Columbia, **LARRY LEACH**, did unlawfully, knowingly, and intentionally possess a quantity of phencyclidine, that is PCP, in liquid form, a Schedule II abusive drug controlled substance.

**(Unlawful Possession of Liquid PCP**, in violation of 48 D.C. Code, Section 904.01(d)(2) (2001 ed.))

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, **LARRY LEACH**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a .357 caliber Dan Wesson Arms revolver and .357 caliber cartridges.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

2

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Jeanine Ferris Pirro
United States Attorney

A TRUE BILL:

*Colleen D. Kukowski*

By: Colleen Kukowski
Deputy Chief, Federal Major Crimes

FOREPERSON.

3